WILLIAM R. WEEKS, appellant,

v.

ROBERT R. LISTER, respondent.

[Filed March 14th, 1901.]

1. Application to recall, revise and amend *remittitur* for certain purposes, denied.

2. Practice as to allowance of counsel fees stated.

This case was argued at the June Term, 1900, decided in that term, and record was remitted at November Term, 1900.

Mr. Chauncey G. Parker, having rendered services as counsel for respondents, makes application for counsel fees and printing upon the trial in the court of errors and appeals, having given notice to the trustees of the fund, and adult parties respondent, and also for an amendment of the *remittitur* for that purpose.

PER CURIAM.

The court will not recall this record from the court of chancery. There has been no mistake in setting forth in the decree the real judgment of the court, upon any matter upon which an opinion has been given. The application will be denied.

The application for counsel fees should first be made in this court. If the court then passes on it, the decision is final, but if the court does not pass on it, or if through mere inadvertance the application for counsel fees is not made while the case is before this court, then after the *remittitur,* the court of chancery has jurisdiction to grant counsel fees and printing in the court of errors and appeals upon a proper case being presented in these respects.

[Application denied. No vote.]